**Order entered January 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00999-CR
No. 05-19-01001-CR

**PABLO PACHECORAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-76295-V & F17-76296-V**

## ORDER

Before the Court is appellant's December 31, 2019 motion to deem the record complete. In the motion, appellant notes that a supplemental reporter's record containing State's exhibits 10, 11, and 12 has been filed and that he is in agreement with the court reporter and the State that there was no State's exhibit 36.

We **GRANT** appellant's December second motion for extension of time and **ORDER** his brief due on or before January 31, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE